FILED

2007 MAR -6  PM 1:07

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATLINK, INC., a California corporation, et al., <br><br>                       Plaintiff, <br><br>     vs. <br><br> MATLINK, INC., a Nevada corporation, et al., <br><br>                       Defendant. | CASE NO. 06CV1496 R (RBB) <br><br> ORDER GRANTING STIPULATION OF DISMISSAL |

Having reviewed the parties' stipulation for dismissal and good cause appearing, the stipulation is granted and the case is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED:  March 5, 2007

John S. Rhoades, Judge
United States District Court

- 1 -

06CV1496